IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMANDA JONES and BROOKS JONES, | CASE NO. 1:23-cv-00394-JRS-MRK |
| Plaintiffs, | |
| vs. | |
| MAC'S CONVENIENCE STORES, LLC, d/b/a CIRCLE K STORES, Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Amanda Jones and Brooks Jones, by counsel and Defendant, Mac's Convenience Stores, LLC, d/b/a Circle K Stores, by counsel, hereby stipulate to the dismissal of this case with prejudice, costs paid.

 */s/ Ryan K. Johnson*  
Ryan K. Johnson  
Keller & Keller, LLP  
ryanj@2keller.com  
Counsel for Plaintiffs

 */s/ Michelle Casper*  
Michelle Casper  
The Retail Law Group, LLC  
mcasper@theretaillawgroup.com  
Counsel for Defendant