UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AMANDA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00394-MKK-JRS |
| | ) | |
| MAC'S CONVENIENCE STORES, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter came before the Court on a Joint Stipulation of Dismissal with Prejudice of Plaintiffs' cause of action. The Court having been first duly advised, now GRANTS the Stipulation. This cause of action is dismissed with prejudice, costs paid.

SO ORDERED.

Date: 3/15/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system